**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Jill Myers and James Wodziak, as co-trustees for the next of kin of Ryan Andrew Wodziak, Deceased, | Case No. 25-cv-02314-ECT-ECW<br>Judge Eric C. Tostrud |
| Plaintiffs, | |
| vs. | |
| Hennepin County, Minnesota; Hennepin Healthcare System, Inc., Laura Sloan, M.D., in her individual capacity; and Benjamin Lommen in his individual capacity, | **CERTIFICATE OF COMPLIANCE** |
| Defendants. | |

---

I, Kelly K. Pierce, certify that the document titled "Hennepin County's Memorandum in Support of Motion to Dismiss" complies with Local Rule 7.1(f).

I further certify that, in preparation of this document, I used Microsoft Word for Office 365 MSO and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document contains the following number of words: 5,894.

Dated: August 15, 2025

Respectfully submitted,

MARY F. MORIARTY
Hennepin County Attorney

By: *s/ Kelly K. Pierce*
    LEAF MCGREGOR (#0389140)
    KELLY K. PIERCE (#0340716)
    Assistant Hennepin County Attorneys
    A-2000 Government Center
    300 South Sixth Street
    Minneapolis, MN 55487
    Telephone: (612) 348-2925
              (612) 348-5488
    Leaf.McGregor@hennepin.us
    Kelly.Pierce@hennepin.us

*Attorneys for Defendant Hennepin County*