# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jill Myers and James Wodziak, as co-trustees for the next of kin of Ryan Andrew Wodziak, Deceased, | Case No. 25-cv-02314-ECT-ECW |
| Plaintiffs, | |
| vs. | **LR 7.1 CERTIFICATE OF COMPLIANCE** |
| Hennepin County, Minnesota; Hennepin Healthcare System, Inc., Laura Sloan, M.D., in her individual capacity; and Benjamin Lommen in his individual capacity, | |
| Defendants. | |

Hennepin Healthcare System, Inc., Laura Sloan M.D., and Benjamin Lommen ("HHS Defendants"), by and through their undersigned counsel, certify that the Memorandum entitled, HHS Defendants' Memorandum of Law in Support of Their Motion to Dismiss, complies with Local Rule 7.1(f) and (h).

HHS Defendants further certify that in preparation of this Memorandum, Microsoft Word for Office 365 was used and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count, using font size 13.

HHS Defendants further certify that this Memorandum contains 10,912 words.

[Signature page follows]

Dated: August 15, 2025	Respectfully submitted,

                                               MARY F. MORIARTY
                                               Hennepin County Attorney

By: */s/Marissa K. Linden*
    MARISSA K. LINDEN (0395564)
    KATHERINE L. CLANCY (0399739)
    Assistant County Attorney
    2000A Government Center, MC200
    300 South Sixth Street
    Minneapolis, MN 55487
    Telephone: (612) 348-4782
    FAX No: (612) 348-8299
    Marissa.Linden@hennepin.us

    *Attorneys for Defendants Hennepin Healthcare System, Inc., Laura Sloan, M.D., and Benjamin Lommen*